## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

Jeremy Buchanan,
    Plaintiffs,

v.

Russell Mattingly, et al.,
    Defendants.

Case No. 1:10cv856
(Litkovitz, MJ ; Consent Case)

### JUDGMENT IN A CIVIL CASE

[X]     **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ ]     **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

See attached Jury Verdict form (Document # 64)

Date: May 9, 2012

                           Clerk of Court

                           By:  s/Arthur Hill, deputy clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JEREMY BUCHANAN,
    Plaintiff

Case No. 1:10-cv-856

Litkovitz, M.J.

vs

RUSSELL MATTINGLY, et al.,
    Defendants.

## VERDICT FORM

1. Was defendant Russell J. Mattingly negligent?

    \_\_\_\_\_Yes
    __X__No

If you answer No to Question 1 then you have reached a verdict in favor of Russell J. Mattingly and should proceed to #4 below. If you answer Yes to Question 1 then proceed to answer Question 2.

2. Was plaintiff Jeremy Buchanan negligent?

    \_\_\_\_\_Yes
    \_\_\_\_\_No

If you answer No to Question 2 then you have reached a verdict in favor Jeremy Buchanan and should proceed to #4 below. If you answer Yes to Question 2 then proceed to answer Question 3.

3. State the percentage of negligence of the defendant and the percentage of negligence of the plaintiff:

    (A) Enter Percentages.

        (i) Percentage of negligence attributable to the defendant:
        _____%

        (ii) Percentage of negligence attributable to the plaintiff:
        _____%

4. Each member of the jury should sign below to indicate his or her agreement with this unanimous verdict.

s/ Juror 3
s/ Juror 4
s/ Juror 7
s/ Juror 6

s/ Juror 8
s/ Juror 1
s/ Juror 5
s/ Juror 2