UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeremy Buchanan,
    Plaintiff(s),

v.

Russell J. Mattingly, et al.,
    Defendant(s).

Case No. 1:10cv856
( Litkovitz, M.J)

_____
ORDER
_____

The Clerk of Court is hereby Ordered to provide lunch for the jury during their deliberations in the above captioned matter.

SO ORDERED.

Date 5/9/12
awh  May 9, 2012

Karen L. Litkovitz
United States Magistrate Judge